No. 96–9273. JOHNSON v. SECKINGER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9274. JACOBSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9275. LANG v. STAR HERALD. C. A. 8th Cir. Certiorari denied.

No. 96–9276. JENNINGS v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 96–9277. MOORE v. NESBITT ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–9278. MATHISEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9279. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–9281. PHILLIPS v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 96–9282. SCHEXNAYDER v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 96–9283. CARPENTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9284. BROOKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9285. BAKER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–9286. CONTRERAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–9287. LAFAYETTE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–9288. MAYFIELD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.